2013–1742.   State ex rel. Cornely v. Ohio Pub. Emps. Retirement Sys.
Franklin App. No. 12AP–676, 2013-Ohio-4205. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County.

Upon consideration of appellant's application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

# CASE ANNOUNCEMENTS

*April 15, 2014*

[Cite as *04/15/2014 Case Announcements*, 2014-Ohio-1586.]

## MOTION AND PROCEDURAL RULINGS

2013–2026.   In re Review of Alternative Energy Rider Contained in Tariffs of Ohio Edison Co. Public Utilities Commission, No. 11–5201–EL–RDR. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio.

Upon consideration of the motion for hearing and stay of the briefing schedule of the Office of the Ohio Consumers' Counsel, it is ordered by the court that the motion is granted, in part, and the briefing schedule is stayed. The briefing schedule will be reset upon the court's resolution of the motion to seal.

# CASE ANNOUNCEMENTS

*April 16, 2014*

[Cite as *04/16/2014 Case Announcements*, 2014-Ohio-1602.]

## MOTION AND PROCEDURAL RULINGS

2013–1495.   The Talbots, Inc. v. Levin.
Board of Tax Appeals, No. 2009–A–2773. This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of the joint motion to remand to the Ohio Board of Tax Appeals to implement a settlement agreement, it is ordered by the court that the cause is remanded to the Board of Tax Appeals to take further action as appropriate.

It is further ordered that a mandate be sent to and filed with the Board of Tax Appeals.

## MISCELLANEOUS DISMISSALS